IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KERRY J. NEELY                                                      PLAINTIFF

v.                      No. 3:17-cv-282-DPM

ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION;
SUSAN FRANCIS, Training Academy
Supervisor, in her Official Capacity;
SHEILA SHARP, Director, in her Official
Capacity; and JOHN DOES I-IV                                       DEFENDANTS

## ORDER

Neely has informally advised the Court that she doesn't oppose the Defendant's motion, № 24. It's granted. Kevin Murphy, in his Official Capacity as Interim Director of ADCC, is substituted as party for Sheila Sharp. The Court directs the Clerk to update the docket.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

7 August 2018