# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KERRY J. NEELY**  PLAINTIFF

v.  No. 3:17-cv-282-DPM

**ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION**  DEFENDANT

## ORDER

Neely's attorney, Mr. George "Bucky" Ellis, passed away in November 2019. Condolences. No other attorney has entered an appearance, so Neely will proceed without one. The Court directs the Clerk to update the docket to reflect Neely's contact information below, and mail this Order to Neely.

   Ms. Kerry Neely
   115 Jennylynn
   Osceola, AR 72370
   (870) 815-0362

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 March 2020