IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KERRY J. NEELY                                                               PLAINTIFF

v.                                         No. 3:17-cv-282-DPM

ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION                                             DEFENDANT

ORDER

The Court's staff received the attached email from Neely. The Court requested Neely to hire replacement counsel by the end of this month, *Doc. 53*, because of the November 2020 trial date. She says she has tried but been unable to do so. There is no danger of a contempt citation in these circumstances. The Court will hold an in-person status conference at 1:30 p.m. on Thursday, 2 July 2020, in the courtroom (Room 324) at the E.C. "Took" Gathings Federal Building, 615 S. Main Street in Jonesboro.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2020

**From:** Kerry Neely <kerryneely100@gmail.com>
**Sent:** Tuesday, June 23, 2020 2:05 PM
**To:** Sherri Black <Sherri_Black@ared.uscourts.gov>
**Subject:** Dismiss my case

Eastern District - Jonesboro

Case 3:17-cv-282-DPM
Kerry J Neely
V.
Arkansas Department of Community Correction

To: The Honorable Judge D. P. Marshall, Jr.

I have tried for 6 months to find another attorney to take over my case since my original attorney passed away to no avail. I've lost count on how many attorneys I have contacted. No one seems to want to start where another attorney left off, even though those that looked at my case, said he did an excellent job.

I feel that my only recourse is to ask that you issue an Order of Dismissal of my case because I will not be able to abide by your order of hiring another attorney by 6/30/20. I don't want Your Honor to find me in Contempt of Court.

I don't have a computer, printer or fax machine so the only way I have to send this request is by my phone with email.

If I'm doing something wrong, please let me know.

Kerry Neely
115 Jenny Lynn Drive
Osceola, AR. 72370
Home Phone 870-563-0440
Cell Phone 870-815-0362