IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KERRY J. NEELY**                                                      **PLAINTIFF**

v.                              No. 3:17-cv-282-DPM

**ARKANSAS DEPARTMENT OF
COMMUNITY CORRECTION**                                **DEFENDANT**

## JUDGMENT

The case is dismissed with prejudice. The Court retains jurisdiction until 1 December 2020 to enforce the parties' settlement.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 August 2020